UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CASSIDY DOANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:11-cv-379- SEB-MJD |
| vs. ) | |
| ) | |
| COMMUNITY HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

## **ENTRY STRIKING FILINGS**
(Docket No. 16)

On June 15, 2011, Plaintiff filed an affidavit at Docket No. 16. The affidavit is stricken because it does not comply with the rules and formalities of filing in federal court.

It should be common knowledge among lawyers practicing in this Court that all filings must bear a proper caption, cause number, title, some language or text explaining what the filing is, a proper Rule 11 signature, and a certificate of service, if appropriate. Fed. R. Civ. P. 5(d)(1), Fed. R. Civ. P. 11, Local Rule 5.10, Local Rule 5.11, CM-ECF Policy Nos. 11, 13, and 14, and Electronic Filing Instructions – Civil Cases (available at www.insd.uscourts.gov). Unfortunately, improper filings reflecting an inattentiveness and neglect on the part of attorneys are on the rise and the Court is receiving with increasing frequency a whole host of exhibits, affidavits, proof of service "green cards," and other documents unaccompanied by any motion, notice, or pleading signed in accordance with Rule 11.

Plaintiff's filing at Docket No. 16 is not properly before the Court because it is an affidavit without any a "main" or "foundation" document (a motion, notice, or pleading) signed by counsel in accordance with Rule 11. See also Local Rule 5.10, CM-ECF Policy No. 13, Fed. R. Civ. P. 11,

Local Rule 5.1, Local Rule 5.11, and CM-ECF Policy No. 14.

The fact that documents are now required to be filed electronically does not excuse a party's (or a lawyer's) compliance with the rules and formalities of proper filing in federal court. Plaintiff shall re-file her affidavit in compliance with the applicable federal and local rules on or before <u>June 23, 2011</u>. Plaintiff's counsel may consult with Courtroom Deputy, Pam Schneeman, at 317-229-3602 for further assistance.

IT IS SO ORDERED.

Date: 06/16/2011

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Tami A. Earnhart
ICE MILLER LLP
earnhart@icemiller.com

Kimberly D. Jeselskis
JESELSKIS LAW OFFICES, LLC
kjeselskis@kdjlegal.com

Courtney R. King
ICE MILLER LLP
courtney.king@icemiller.com